# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**968**

**CA 10-02460**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF JESSIE JAMES BARNES,
PETITIONER-APPELLANT,

V                                                           ORDER

JULIE FINOCCHIO, ASSISTANT DISTRICT ATTORNEY,
MONROE COUNTY SHERIFF PROPERTY CLERK, AND
BRIGHTON POLICE DEPARTMENT PROPERTY CLERK,
RESPONDENTS-RESPONDENTS.

---

JESSIE JAMES BARNES, PETITIONER-APPELLANT PRO SE.

WILLIAM K. TAYLOR, COUNTY ATTORNEY, ROCHESTER (PAUL D. FULLER OF
COUNSEL), FOR RESPONDENTS-RESPONDENTS.

---------------------------------------------------------------------------------------------------------------

 Appeal from a judgment (denominated order) of the Supreme Court,
Monroe County (Matthew A. Rosenbaum, J.), entered November 30, 2010 in
a proceeding pursuant to CPLR article 78.  The judgment denied the
petition.

 It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  September 28, 2012      Frances E. Cafarell
                   Clerk of the Court